Case 2:10-cv-01401-WJM-MF   Document 12-4   Filed 04/20/10   Page 1 of 2

Anthony J. Laura, Esq.
John J. Zefutie, Jr., Esq.
**PATTON BOGGS LLP**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 848-5600
Facsimile: (973) 848-5601

*Of Counsel:*
Barry S. White, Esq.
Mary Ann G. Lemere, Esq.
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Defendant*
*Heritage Pharmaceuticals Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC and MAYNE PHARMA INTERNATIONAL PTY, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> HERITAGE PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No. 10-1401 (WJM) <br><br><br><br> **ORDER FOR ADMISSION OF BARRY S. WHITE *PRO HAC VICE*** <br><br> **DOCUMENT FILED ELECTRONICALLY** |

**THIS MATTER** having been opened to the Court by application of Patton Boggs LLP, counsel for Defendant Heritage Pharmaceuticals Inc. ("Defendant"), and the Court having reviewed the submissions of counsel, and for good cause shown;

1

97319

Case 2:10-cv-01401-WJM-MF   Document 12-4   Filed 04/20/10   Page 2 of 2

IT IS on this 22 day of April, 2010 **ORDERED** that Barry S. White, Esq. be and hereby is admitted to the Bar of this Court *pro hac vice* for the purpose of participating in this matter; and it is further

**ORDERED** that all papers in this action shall be served upon Anthony J. Laura, Esq. of Patton Boggs, One Riverfront Plaza, Newark, New Jersey, who shall promptly notify Mr. White of receipt thereof as counsel for Defendant; and it is further

**ORDERED** that Mr. White shall be subject to the disciplinary jurisdiction of this Court; and it is further

**ORDERED** that Mr. White shall make payment to the New Jersey Lawyers Fund for Client Protection pursuant to Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Mr. White shall make payment in the amount of $150 to the Clerk, U.S. District Court, in accordance with Local Civil Rule 101.1(c)(3).

_____
Hon. Mark Falk, U.S.M.J.

97319